UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | 12 CR. 00627 (CCC) |
| v. : | CONSENT ORDER FOR PARTIAL RELEASE OF JUDGMENT LIEN AND BOND AS TO CERTAIN PROPERTY ONLY |
| DINESH PATEL, : | |
| Defendant. : | |
| : | JUDGMENT NUMBER RG-063921-000 |

TO THE CLERK OF THE ABOVE NAMED COURT AND THE CLERK OR REGISTER OF MIDDLESEX COUNTY

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey, (Joseph Mack, Assistant U.S. Attorney appearing), and defendant Dinesh Patel (Steven D. Feldman, Esq. appearing); and

It appearing that Judgment Number RG-063921-000 was entered on 12/22/11 in favor of the United States of America from Dinesh Patel, Principal, and Daxa Patel, Surety, of Livingston, N.J., and that in connection with same a Bond was docketed as Bon NEW3921 in the Venue of Newark; and

It further appearing that defendant Dinesh Patel and Daxa Patel own certain real property (the "Property"), commonly known as 37 Livingston Avenue, Edison, N.J. 08820, which Property is more particularly described on Exhibit A annexed; and

It further appearing that the Property is being sold and that the parties herein consent to the release of the Judgment Lien and Bond described above as against the Property;

IT IS, therefore, on this ___19___ day of November 2012

1

ORDERED that the Judgment Lien and Bond as described above shall be released and discharged as against the Property described on Exhibit A annexed.

*[signature]*

Form and Entry
Consented to:

*[signature]*

Joseph Mack, Esq.
Assistant U.S. Attorney

*[signature]*

Steven D. Feldman, Esq.
Counsel for defendant Dinesh Patel

# STEWART TITLE GUARANTY COMPANY

File Number: 926-10152

## SCHEDULE C
## LEGAL DESCRIPTION

ALL that certain tract or parcel of land, situated, lying and being in the Township of Edison, County of Middlesex, State of New Jersey, more particularly described as follows:

BEING known and designated as Lot No. 21 in Block 1007 as shown on a certain map entitled "Final Map of Livingston Acres, Section One, Edison Township, Middlesex County, New Jersey, dated July 18, 1980, revised to October 26, 1981," which map was filed in the Middlesex County Clerk's Office on January 4, 1982 as Map No. 4441, File No. 968.

BEGINNING at a point in the northerly sideline of Livingston Avenue, said point being 11.45 feet in an easterly direction from the intersection of the northerly sideline of Livingston Avenue and the extended northwesterly sideline of Pine Ridge Drive, and running; thence

(1) North 16 degrees 10 minutes 43 seconds East, a distance of 157.51 feet to a point; thence

(2) South 83 degrees 53 minutes 30 seconds East, a distance of 176.63 feet to a point; thence

(3) South 05 degrees 23 minutes 20 seconds West, a distance of 267.49 feet to a point marked by a concrete monument found in the northerly sideline of Livingston Avenue; thence

(4) North 46 degrees 26 minutes 33 seconds West, along the northerly sideline of Livingston Avenue, a distance of 81.33 feet to a point of curve marked by a concrete monument found in said sideline; thence

(5) Northwesterly along the northerly sideline of Livingston Avenue on a curve to the left having a radius of 330.00 feet and an arc distance of 157.69 feet to the point and place of BEGINNING.

NOTE: Being Lot: 21, Block: 1007; Tax Map of the Township of Edison, County of Middlesex, State of New Jersey.

NOTE FOR INFORMATION ONLY: Mailing Address is 37 Livingston Avenue, Edison, NJ 08820-2340

NOTE: Lot and Block shown for informational purposes only.

UNITED STATES DISTRICT COURT
JUDGMENT NUMBER: RG-063921-0000                    CASE NUMBER: 11-MJ-8240
DATE ENTERED: 12/22/11
    UNITED STATES OF AMERICA

  FROM                                             AMOUNT: $    250,000.00
    DINESH PATEL ,PRINCIPAL
    DAXA PATEL ,SURETY
        LIVINGSTON, NJ

  FILED 12-13-11
                        -----------------
  BOND DOCKETED NEW3921 IN THE VENUE OF NEWARK
                      *** End of Abstract ***


                    UNITED STATES DISTRICT COURT
JUDGMENT NUMBER: CV-003231-1999
DATE ENTERED: 11/10/99
TYPE OF ACTION: CIVIL

                                                   DAMAGES:   $   204,019.25
                                                   FILE DATE: 11/10/99
  CREDITOR(S):
    TRAVELODGE HOTELS
            ATTORNEY: DENNIS THOMAS KEARNEY
  DEBTOR(S):
    REKHA CORPORATION
        (No Address)
    DINESH PATEL
        (No Address)
    RANJIL PATEL
        (No Address)
                        -----------------
                      *** End of Abstract ***

*Charles Jones* (signature)